UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00148-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOYCE ARNOLD, a/k/a Joyce Hudson, a/k/a Pamela Reed,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set in the above-captioned case for **Monday, January 23, 2012 at 2:00 p.m.**

    Dated:   December 8, 2011.